UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>KENNETH HUGHES,<br><br>　　　　Defendants. | CASE NO: 3:12-CR-00069-LRH-WGC-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br><br>**(Third Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, KENNETH HUGHES by and through his counsel, AMANDA S. PELLIZZARI, ESQ. and the United States of America, by its counsel, RICHARD B. CASPER, Assistant U.S. Attorney, that the Revocation hearing in the above-captioned matter currently set for September 8, 2022 at 1:30 p.m. be continued to at October 25, 2022 at 11:00.

This stipulation is entered into for the following reasons:

1. That counsel was recently appointed on this case so needs time to adequately prepare for the hearing.

2. Defense counsel needs additional time to speak with Mr. Hughes regarding this matter.

3. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

3. That the additional time requested is for the purposes stated above and not sought for the purposes of delay,

4. That denial of this request for continuance could result in a miscarriage of justice.

5. That this is the third request to continue the Sentencing hearing in this matter.

DATED this 5th day of September, 2022.

/s/ Amanda S. Pellizzari                                    /s/ Richard B. Casper

AMANDA S. PELLIZZARI, ESQ.                 RICHARD B. CASPER
Counsel for Defendant                                    Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>KENNETH HUGHES<br>　　　　Defendants. | CASE NO: 3:12-CR-00069-LRH-WGC-1<br><br>**ORDER TO CONTINUE REVOCATION HEARING**<br><br>**(Third Request)** |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That counsel was recently appointed on this case so needs time to adequately prepare for the hearing.

2. Defense counsel needs additional time to speak with Mr. Hughes regarding this matter.

3. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

4. That the additional time requested is for the purposes stated above and not sought for the purposes of delay,

5. That denial of this request for continuance could result in a miscarriage of justice.

6. That this is the third request to continue the Sentencing hearing in this matter.

**ORDER**

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled for September 8, 2022 be vacated and continued to the  25th   day of  October , 2022, at the hour of  11:00 a.m.  .

DATED this 7th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE