UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH HUGHES<br><br>Defendant. | Case No.: 3:12-CR-00069-LRH-WGC-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br><br>**(Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant, KENNETH HUGHES by and through his counsel, AMANDA S. PELLIZZARI, ESQ. and the United States of America, by its counsel, RICHARD B. CASPER, Assistant U.S. Attorney, that the Revocation hearing in the above-captioned matter currently set for October 25, 2022, at 11:00 a.m. be continued to at November 29, 2022 at 11:00 a.m.

This stipulation is entered into for the following reasons:

1. That parties are attempting to reach a resolution on the case.
2. Defense counsel needs additional time to further consult with Mr. Hughes regarding this matter.

3. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance

4. That the additional time requested is for the purposes stated above and not sought for the purposes of delay,

5. That denial of this request for continuance could result in a miscarriage of justice.

6. That this is the fourth request to continue the Sentencing hearing in this matter.

DATED this 24th day of October 2022.

/s/ Amanda S. Pellizzari                          /s/ Richard B. Casper

AMANDA S. PELLIZZARI, ESQ.            RICHARD B. CASPER
Counsel for Defendant                          Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>KENNETH HUGHES,<br><br>           Defendant. | Case No.: 3:12-CR-00069-LRH-WGC-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br><br>**(Fourth Request)** |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

This stipulation is entered into for the following reasons:

1. That parties are attempting to reach a resolution on the case.

2. Defense counsel needs additional time to further consult with Mr. Hughes regarding this matter.

3. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance

4. That the additional time requested is for the purposes stated above and not sought for the purposes of delay,

5. That denial of this request for continuance could result in a miscarriage of justice.

6. That this is the fourth request to continue the Sentencing hearing in this matter.

**ORDER**

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled for October 25, 2022, be vacated and continued to the  29  day of   November  , 2022, at the hour of  11:00 a.m.  .

DATED AND DONE this 24th day of October, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE